MILLER CHEMICAL & FERTILIZER CORPORATION, Appellant, v. MAUDE C. BABCOCK, Respondent.— Order affirmed, with ten dollars costs and disbursements. Memorandum: We think the demand served by the defendant upon the plaintiff " that the place of trial * * * be changed from the County of Orleans to the County of Chemung, the County of Chemung being the proper county pursuant to Civil Practice Acts of the State of New York," conforms substantially with the requirements of section 182 of the Civil Practice Act and rule 146 of the Rules of Civil Practice. It was sufficient to inform the plaintiff, a foreign corporation, that the defendant desired that the place of trial be changed to the county of her residence, the county of Chemung. We think the moving affidavit, coupled with the allegations of the defendant's answer, sufficiently established that the defendant was a resident of Chemung county at the time of the commencement of the action. *Whitehead Bros. Co.* v. *Dolan* (69 Misc. 208), relied on by the plaintiff, is not an authority to the contrary. (See *Remington & Sherman Co.* v. *Niagara County Nat. Bank*, 54 App. Div. 358; *Mills & Gibb* v. *Starin*, 119 id. 336; and *Hoffman* v. *Hoffman*, 153 id. 191.) All concur. The order changes the place of trial from Orleans county to Chemung county.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of a Petition of JOSEPH A. ALBRECHT, a Stockholder, to Review the Election of Directors of BETTINGER COAL AND COKE CORPORATION at the Annual Stockholders' Meeting Held January 16, 1940.— Order affirmed, without costs of this appeal to any party. All concur. (The order adjudges that proxy for certain shares of stock was invalid, and sets aside the election of directors as a whole and directs a new election.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Judicial Settlement of the Accounts of IDA GOLDBERG, as Executrix, etc., of NATHAN GOLDBERG, Deceased.— Order affirmed, without costs of this appeal to any party. All concur. (The order determines that the claim of the Industrial Commissioner is not a setoff against the bills of costs recovered in the name of the executrix and ordered paid to the executrix's attorney.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

In the Matter of the Petition of RALPH SHULMAN, Respondent, to Have Determined and Enforced an Attorney's Lien against ALBANY SAVINGS BANK, Appellant. — Order modified and as modified affirmed, without costs to this appeal to any party. All concur. (The order directs an examination of defendant before trial in a proceeding to establish and enforce an attorney's lien.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE DiSALVIO, Appellant, and JOHN DOE, Defendant.— Judgment of conviction and order affirmed. All concur. (The judgment convicts defendant of the crime of robbery, first degree. The order denies a motion for a new trial.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

FRED H. KRULL, Respondent, v. THE BENNETT HOMES AND LUMBER CO., INC., and Others, Defendants, THE CITY OF NORTH TONAWANDA, Appellant, THE COUNTY OF NIAGARA, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.